# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRO LEDESMA MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | Case No. 1:26-cv-03835-KES-SAB-HC<br><br>ORDER GRANTING SUBSTITUTION OF ATTORNEY AND DIRECTING CLERK OF COURT TO TERMINATE NIKHIL BHATNAGAR AS COUNSEL OF RECORD<br><br>(ECF No. 11) |

On July 16, 2026, Petitioner filed a substitution of attorney form substituting Francisco Aldana in place of Nikhil Bhatnagar. (ECF No. 11.) Accordingly, IT IS HEREBY ORDERED that:

1. Francisco Aldana is substituted as attorney of record for Petitioner; and

2. The Clerk of Court is directed to terminate attorney Nikhil Bhatnagar as counsel of record.

IT IS SO ORDERED.

Dated:  __**July 17, 2026**__

_____

STANLEY A. BOONE
United States Magistrate Judge