# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRO LEDESMA MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | Case No. 1:26-cv-03835-KES-SAB-HC<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 17, 2026, the Court granted substitution of Petitioner's counsel. (ECF No. 12.) On July 29, 2026, Petitioner filed a reply in support of the petition, stating that Petitioner's conviction under California Penal Code section 245(a)(4) has been vacated and cannot serve as a predicate for mandatory detention. (ECF No. 13.) The Court finds that supplemental briefing on the impact of Petitioner's conviction being vacated on the pending petition would assist the Court in this matter.

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE a supplemental brief addressing the issue set forth above; and

///

2.  Within fourteen (14) days of the date of service of Respondents' supplemental brief, Petitioner MAY FILE a reply.

IT IS SO ORDERED.

Dated:   **August 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2