# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRO LEDESMA MARTINEZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 1:26-cv-03835-KES-SAB-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE SUPPLEMENTAL BRIEF |

On August 13, 2026, the Court ordered Respondents to file a supplemental brief addressing the impact of Petitioner's conviction being vacated on the pending petition within fourteen days, i.e., by August 27, 2026. (ECF No. 14.) To date, no supplemental brief has been filed.

Accordingly, the Court HEREBY ORDERS that:

1. On or before September 1, 2026, Respondents SHALL FILE a supplemental brief; and
2. Within fourteen (14) days of the date of service of Respondents' supplemental brief, Petitioner MAY FILE a reply.

IT IS SO ORDERED.

Dated: **August 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge